United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. LOVELACE, | No. C-11-01936 DMR |
| Plaintiff, | **ORDER RE PLAINTIFF'S MOTION TO CHANGE TIME** |
| v. | |
| AURORA LOAN SERVICES, | |
| Defendant. | |

The Court is in receipt of Plaintiff Charles M. Lovelace's request for a 3 week adjournment so that he may retain an attorney to respond to Defendant Aurora Loan Services' Motion to Dismiss. *See* Docket No. 15. The Court will construe this request as a Motion to Change Time pursuant to Civil Local Rule 6-3. Therefore, any opposition to Plaintiff's request must be filed by **no later than May 16, 2011.**

IT IS SO ORDERED.

Dated: May 13, 2011

DONNA M. RYU
United States Magistrate Judge