**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. LOVELACE, | No. C-11-01936 DMR |
| Plaintiff, | **ORDER TO SUBMIT ADDITIONAL INFORMATION RE DEFENDANT'S MOTION TO SET ASIDE DEFAULT** |
| v. | |
| AURORA LOAN SERVICES, LLC, | |
| Defendant. | |

Having reviewed the Motion to Set Aside Default Entered Against Defendant Aurora Loan Services, LLC (Docket No. 9), this Court hereby orders Defendant to file and serve evidence of Alameda County Superior Court's entry of default in this action, Case No. RG11565183, **by no later than 12:00 p.m. on June 29, 2011.**

IT IS SO ORDERED.

Dated: June 27, 2011

_____
DONNA M. RYU
United States Magistrate Judge